ORIGINAL



FILED

06/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0150

STATE OF MONTANA,

Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

Respondent and Appellant.

**FILED**

JUN 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On June 1, 2021, this Court denied self-represented Appellant Pamela Jo Polejewski's Motion for Reconsideration and set a briefing schedule. At that time, we also stated that we would not consider any further motions filed by Polejewski. Pending before this Court is Polejewski's Rule 11 FRCP Request for Sanctions, filed May 26, 2021, and the response in opposition filed by counsel for Appellee Cascade County Attorneys.

Upon review, Polejewski's Request for Sanctions is not properly before this Court because the Federal Rules of Civil Procedure (FRCP) do not apply here. We observe that on June 22, 2021, this Court returned Polejewski's opening brief for deficiencies, pursuant to M. R. App. P. 12, and directed her to file the brief within ten days. We take this opportunity to set a revised briefing schedule. Therefore,

IT IS ORDERED that Polejewski's "Rule 11 FRCP Request for Sanction Who uses the court forum for the purpose of harassing and character [assassination] of the opposing party" is DENIED.

IT IS FURTHER ORDERED that Polejewski's opening brief is due on or before Friday, July 9, 2021, and that the response brief is due on or before Monday, August 9, 2021. If Polejewski intends to file a reply brief, she must do so on or before Monday, August 23, 2021. Failure to comply with this schedule may result in dismissal of this appeal.

The Clerk is directed to provide a copy of this Order to counsel of record and to Pamela Jo Polejewski personally.

DATED this 30 day of June, 2021.

_____

_____

_____

_____

_____
Justices